**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SCOTT F. ICEBERG,

    Plaintiff,

v.                                          Case No. 11-10336

WHOLE FOODS MARKET
GROUP, INC.,

    Defendant.
                                  /

## JUDGMENT

In accord with the court's "Opinion and Order," dated October 31, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant, Whole Foods Market Group, Inc., and against Plaintiff, Scott F. Iceberg.

Dated at Detroit, Michigan, this 31st day of October, 2012.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                 BY: S/Lisa Wagner
                                      Lisa Wagner, Deputy Clerk
                                      and Case Manager to
                                      Judge Robert H. Cleland